# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3697

Turtle Mountain Band of Chippewa Indians, et al.

Appellees

v.

Michael Howe, in his Official Capacity as Secretary of State of North Dakota

Appellee

North Dakota Legislative Assembly

Appellant

William R. Devlin, Representative also known as Bill Devlin, et al.

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:22-cv-00022-PDW)

---

**ORDER**

The motion for extension of deadline to submit remedial restricting plan has been considered by the court and is denied. This ruling is without prejudice to the filing of motions in the district court for such consideration as may be appropriate. See *Board of Educ. of St. Louis v. State of Missouri*, 936 F.2d 993, 995-96 (8th Cir. 1991).

December 20, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans